

FILED

02/01/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0432

# IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0432

FILED

FEB 0 1 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF:

V.K.B.,

A Youth.

ORDER

_____

Appellant V.K.B., via counsel, appeals the July 2, 2020 Department of Corrections Commitment Order of the Thirteenth Judicial District Court, Yellowstone County, that in relevant part committed V.K.B. to the Department of Corrections (DOC) until age 18 with a recommended placement at Pine Hills Correctional Facility (Pine Hills) and ordered him to pay $2,000 in restitution in that court's Cause No. DJ 20-042.

The State has filed a Notice of Concession. Although it maintains it does not agree with all the arguments V.K.B. advanced in his Opening Brief, it concedes the District Court erred in committing V.K.B. to DOC and imposing $2,000 restitution in this case. The State asks this Court to grant V.K.B. his requested remedy and remand this matter to the Youth Court for entry of a conforming amended dispositional order.

Having considered the Appellant's Opening Brief and the State's Notice of Concession, and good cause appearing,

IT IS HEREBY ORDERED that the portions of the July 2, 2020 Department of Corrections Commitment Order in Cause No. DJ 20-042 that commits V.K.B. to DOC for placement at Pine Hills and impose $2,000 restitution are VACATED. This matter is remanded with instructions for the District Court to issue an amended dispositional order in conformance with this Order.

Dated this 1st day of February, 2022.

_____

_____

_____

_____
Justices